AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Kim Moore | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-4837 |
| Hadestown Broadway Limited Liability Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hadestown Broadway Limited Liability Company

Date: 08/18/2023

*Attorney's signature*

Vincent Toomey VT3810
*Printed name and bar number*
Law Office of Vincent Toomey
3000 Marcus Avenue, Suite 1W10
Lake Success, New York 11042

*Address*

vtoomey@vtlawoffice.com
*E-mail address*

(516) 358-5690
*Telephone number*

*FAX number*