UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KIM MOORE,

                Plaintiff,                            **DISCLOSURE OF**
                                                            **CORPORATE INTERESTS**
   -against-                              **PURSUANT TO RULE 7.1**

HADESTOWN BROADWAY LIMITED
LIABILITY COMPANY,                                  23-CV-04836 (LAP)

                Defendant.
-------------------------------------------------------------------x

       Pursuant to the Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Hadestown Broadway Limited Liability Company, by and through its attorneys, the Law Office of Vincent Toomey, certifies that there are no corporate parents, subsidiaries or affiliates of Defendant that are publicly held.

Dated:     Lake Success, New York
             August 18, 2023

                                                      Respectfully submitted,
                                                        LAW OFFICE OF VINCENT TOOMEY

                                                        _/s/ Heather P. Harrison_
                                                        Vincent Toomey
                                                        Heather P. Harrison
                                                        _Attorneys for Defendant_
                                                         3000 Marcus Avenue, Suite 1W10
                                                       Lake Success, New York 11042
                                                       (516) 358-5690
                                                       vtoomey@vtlawoffice.com
                                                       hharrison@vtlawoffice.com