# EXHIBIT
# 3

On Fri, Oct 8, 2021 at 6:50 PM Beverly Edwards <beverly@rcitheatricals.com> wrote:

Hi Dave,

There are no plans to keep Kim past December 5th at this time, as the worker tracks are fully contracted and covered.  I have let the team know that Kim will therefore not be an understudy for Persephone.

Thanks for checking in, and have a good weekend.

Kind regards,
Beverly



**Beverly Edwards | General Manager**
212-398-2133 ext. 213 | beverly@rcitheatricals.com
www.rcitheatricals.com
630 Ninth Avenue | Suite 809 | New York, NY 10036


On Fri, Oct 8, 2021 at 10:27 AM Dave Secor <dave@danielhoffagency.com> wrote:

Hi,

Hope all is well.

Kim would love to know if you think there may be plans to keep her past the 5th. She would love to learn the Persephone material but if she's just going to be in the company for a little while longer she thinks someone else could focus their attention on that for the longevity of the show.

Let me know your thoughts.

Thanks


Dave Secor  (He/Him/His)
Daniel Hoff Agency, Inc
www.danielhoffagency.com

PLEASE NOTE OUR NEW ADDRESS IN NYC!
NYC | 1441 Broadway, Suite 3023 New York, NY 10018 | 347.620.4633
L.A. | 5455 Wilshire Blvd. Suite 1100 Los Angeles, CA 90036  323.932.2500