# EXHIBIT 4

**From:** David Neumann <abg.david@gmail.com>
**Date:** November 23, 2021 at 2:47:24 PM EST
**To:** Rachel Chavkin <rachelchavkin@gmail.com>, Liam Robinson <liambrobinson@gmail.com>, David Neumann <abg.david@gmail.com>
**Cc:** COLETTE LUCKIE <colette.luckie@gmail.com>, BEVERLY JENKINS <curtssis@aol.com>
**Subject: A note to the cast**

Dear Hadestown Company,

Greetings from Rachel, Liam and David. We wanted to send you a note to express our commitment to open dialogue regarding ongoing casting decisions and the ramifications of what that looks like in our particular story.

We are aware that in certain arrangements of actors on stage (a white Orpheus, a white Hades, and a Worker Chorus of all Black performers), there can be an unintended and harmful 'white savior' story being told. We do not view Orpheus as a white savior, but we know that this past weekend this story was present on stage. The 'text' of Hadestown may not speak about race, but we know that you, the *storytellers,* bring your selves, your voices, your bodies to that stage each night, and that becomes the story in all its layers. We are sorry for putting you in that position. We've been engaged in a long term conversation on this topic and are sorry that this message is coming after performances where this potentially harmful storytelling has already occurred.

We invite you to reach out if you'd like to talk more, either directly or through Colette and Heather. We want this to be a continuation and expansion of the type of dialogue we all want to see happen more openly and more frequently.

Please note Colette's QR code below if you'd like to speak with her directly. In addition, she has offered to facilitate a group discussion, should the need arise.

1

Thank you for your time and consideration.
Rachel, Liam, David

<YdCskpjZMh9o_Ai7hbSyursFiw47v_gGG201HVwSC8UnT5kH76SnLnTUI-3SOsts2TLcXdpYBCzwbGMwsHUJOTtZWBFc-zYdZ5kQM7k_soqAcJWyzR_pXnhS-Idis3vk1t3W0TdA.png>