# EXHIBIT 5

**From:** David Neumann <abg.david@gmail.com>
**Subject: Sincerest Apologies**
**Date:** November 28, 2021 at 5:31:48 PM EST
**To:** Malcolm Armwood <malcolmarmwood@gmail.com>, Khaila Wilcoxon <khailaanye96@gmail.com>, Tara Jackson <tennant.tara@gmail.com>, mkimberlya@gmail.com, trensaun@gmail.com, sayo.oni182@gmail.com
**Cc:** "mara. isaacs" <mara@octopustheatricals.com>, Tom Kirdahy <tkirdahy@yahoo.com>, COLETTE LUCKIE <colette.luckie@gmail.com>, Liam Robinson <liambrobinson@gmail.com>, Rachel Chavkin <rachelchavkin@gmail.com>

Dear Malcolm, Khaila, Tara, Kim, Trent, and Sayo,

We are writing to offer a more specific apology to you for what happened last weekend when you were placed in the position of telling a 'white savior' story as the Ensemble of Hadestown. It was never our intention to do so, and we are sorry for the ways in which this has eroded trust and broken community. We truly take to heart the lessons learned in this process and acknowledge our responsibility in creating the conditions for this scenario to occur. So for that, too, we are deeply sorry. We are also encouraged by the ongoing dialogue and thank you for your willingness to engage in these difficult conversations.

In light of this, we are taking the following actions:

- We have made it our priority to consider, in the most serious manner, all future possible combinations of actors on stage in order to prevent this from happening again.

- Rachel, Liam and David, Producers and Stage Management will examine every

1

potential vacation/emergency scenario and create contingencies to support consistent and diverse representation within the workers chorus onstage and in relationship to the identity of the principal performers.

Moving forward we would like to propose the following:

- If desired by you, to have a facilitated conversation with Colette that includes Rachel, Liam, David, Stage Management, General Management, and Producers in an open dialogue to hear further from you on this (or other matters) and to acknowledge and offer clarity around the variables that led to that scenario. We hope the outcome of such a conversation would be to help to rebuild trust and further identify strategies to prevent this particular story from happening again.

- After these meetings, and having received input from all parties, we will continue to re-examine our casting procedures and the ways in which we move swings to onstage coverage.

Again, please accept our sincerest apologies for putting you in the position of telling a harmful story that we did not intend and to which you did not consent. We look forward to listening and working with you to create positive solutions to this dynamic. We hope that this dialogue helps expose some of the hidden and harmful patterns embedded in the way that theatre is made.

Here's to working together towards a healthier workplace with more care and consideration for everyone.

Sincerely and gratefully,
Rachel, Liam, David and
Mara, Tom, Dale and Hunter

2