**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X    **Case No.: 23-cv-4837**
KIM MOORE,

        Plaintiff,

  - against -

HADESTOWN BROADWAY LIMITED LIABILITY
COMPANY,

        Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

    To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action.  I certify that I am admitted to practice in this court.

Dated:    Garden City, New York
         September 5, 2023

          /s/ Joseph Myers
         Joseph Myers, Esq.
         PHILLIPS & ASSOCIATES
         ATTORNEYS AT LAW, PLLC
         585 Stewart Avenue, Suite 410
         Garden City, New York 11530
         Tel: (212) 248-7431
         Fax: (212) 901-2107
         jmyers@tpglaws.com