**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

KIM MOORE,                                                          Case No.: 23-cv-4837

                    Plaintiff,

        -against-

HADESTOWN BROADWAY LIMITED LIABILITY           **DECLARATION OF**
COMPANY,                                                            **JOSEPH MYERS**

                    Defendant.
-------------------------------------------------------------------X

I, Joseph Myers, an attorney licensed by the State of New York and admitted to practice in the United States District Court of the Southern District of New York, do hereby certify the following:

1. I am an Associate with the firm, Phillips & Associates, PLLC, the attorneys for Plaintiff, Kim Moore, ("Plaintiff") in the above-entitled action, and as such, am fully familiar with the facts and circumstances contained herein.

2. I submit this Declaration in opposition to Defendant Hadestown Broadway Limited Liability Company's ("Defendant") Motion to Dismiss.

3. Attached hereto as Exhibits are the following:

    a. Exhibit A – Redlined Version of Plaintiff's Proposed Second Amended Complaint; and

    b. Exhibit B – Complaint in the Matter of *Dominguez v. FS 1 Los Angeles, LLC*, bearing Case Number 15-cv-9683 in the Central District of California.

**WHEREFORE**, for the reasons set forth in accompanying Memorandum of Law, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss.

Dated: Garden City, New York
       September 5, 2023

                                                         Respectfully Submitted,

/s/ Joseph Myers
Joseph Myers, Esq.
**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*
585 Stewart Avenue, Suite 410
Garden City, New York 11530
(212) 248-7431