```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KIM MOORE,<br><br>                     Plaintiff,<br><br>-against-<br><br>HADESTOWN BROADWAY LIMITED<br>LIABILITY COMPANY,<br><br>                     Defendant. | No. 23-CV-4837 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As set out during the proceedings held on April 4, 2024, the parties have reached a settlement in this action.  Pursuant to the parties' settlement, the Court dismisses all outstanding counts in Plaintiff's Amended Complaint, (see dkt. no. 9).  The Clerk of the Court shall (1) mark this action closed, and (2) mark all pending motions denied as moot.  The Court will retain jurisdiction to administer the settlement.

**SO ORDERED.**

Dated:    April 5, 2024
          New York, New York

                         /s/ Loretta A. Preska
                         LORETTA A. PRESKA
                         Senior United States District Judge